# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 21-5185          September Term, 2021

1:21-cv-02122-UNA

**Filed On:** November 1, 2021

Ronald Satish Emrit,
        Appellant

    v.

Christopher A. Wray, Director of Federal
Bureau of Investigation,
        Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE**:     Millett and Katsas, Circuit Judges, and Sentelle, Senior Circuit
Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's August 13, 2021 order dismissing the case without prejudice be affirmed. On appeal, appellant presses no challenge to the district court's dismissal for lack of subject-matter jurisdiction, and he has therefore forfeited any such challenge. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004). In any event, the dismissal for lack of jurisdiction was appropriate because the allegations are "patently insubstantial" and "so attenuated and unsubstantial as to be absolutely devoid of merit." See Neitzke v. Williams, 490 U.S. 319, 327 n.6 (1989) (internal quotation marks omitted).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

          BY:    /s/
                Daniel J. Reidy
                Deputy Clerk